**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | | |
|---|---|---|
| ONIER OSWALDO VARGAS<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA MILITARY INSTITUTE, ET AL.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:25-cv-100 |

**DEFENDANTS VMI ALUMNI AGENCIES BOARD, VMI ALUMNI ASSOCIATION, VMI FOUNDATION, AND KEYDET CLUB'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants VMI Alumni Agencies Board, VMI Alumni Association ("VMIAA"), VMI Foundation, and VMI Keydet Club (collectively the "Alumni Agencies"), by counsel, move to dismiss the claims brought against them by plaintiff Onier Oswaldo Vargas ("Plaintiff") in Counts I, II, III, and IV of his Amended Complaint. As explained further in the Alumni Agencies' Brief in Support, this Court should dismiss these counts for the following reasons:

1. The Amended Complaint violates Rule 8 with extreme verboseness and impermissible "shotgun" pleading.
2. Plaintiff fails to show that the Alumni Agencies were involved at all in any of the material factual allegations undergirding his claims.
3. Plaintiff fails to state any plausible claims against the Alumni Agencies under 42 U.S.C. § 1983 ("Section 1983) because:



19505\0009\13184668v2

a. The Amended Complaint contains insufficient factual allegations to show that any of the Alumni Agencies acted under color of state law, and this Court recently found in *Respess v. VMIAA*, No. 6:24-cv-00028, 2025 U.S. Dist. LEXIS 60658, at *20 (W.D. Va. Mar. 31, 2025) (Moon, J.) that the Alumni Agencies are not "pervasively entwined" with VMI;

b. The Amended Complaint lacks sufficient factual allegations to show that the Alumni Agencies "conspired" with VMI; and

c. The Amended Complaint lacks sufficient factual allegations to show any violations of Plaintiff's constitutional rights.

4. Plaintiff fails to state a plausible Racketeering Influenced and Corrupt Organizations Act ("RICO") claim against the Alumni Agencies because:

a. The Amended Complaint lacks sufficient factual allegations to show the commission of any "predicate acts of racketeering," let alone a pattern of them; and

b. The Amended Complaint contains no factual allegations of injury to Plaintiff's business or his property caused by certain claimed predicate acts.

WHEREFORE, the Alumni Agencies respectfully request that this Court dismiss the Amended Complaint with respect to them ***with prejudice***, enter judgment in the Alumni Agencies' favor, and grant any additional relief as the Court deems fair and just.

Filed: February 26, 2026

Respectfully submitted,

VMI ALUMNI AGENCIES BOARD, INC.,
VMI KEYDET CLUB,
VMI FOUNDATION,
VMI ALUMNI ASSOCIATION

By counsel: */s/ Jessiah S. Hulle*____________________



19505\0009\13184668v2

W. David Paxton (VSB No. 19798)
Jessiah S. Hulle (VSB No. 95828)
GENTRY LOCKE
10 Franklin Rd. SE, Suite 900
P.O. Box 40013
Roanoke, VA 24022
Phone: 540-983-9300
Fax: 540-983-9400
paxton@gentrylocke.com
hulle@gentrylocke.com

*Counsel for the VMI Alumni Agencies*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which provided electronic service to all counsel of record and *pro se* plaintiff Onier Oswaldo Vargas.

*/s/ Jessiah S. Hulle*
Counsel