**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | |
|---|---|
| **ONIER OSWALDO VARGAS,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**VIRGINIA MILITARY INSTITUTE,**<br>**VMI BOARD OF VISITORS,**<br>**VMI ALUMNI AGENCIES,**<br>**KEYDET CLUB,**<br>**VMI FOUNDATION, and**<br>**VMI ALUMNI ASSOCIATION** | **Civil Action No. 6:25cv00100** |

**COMMONWEALTH DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**
**PER RULES 8(a)(2), 8(d)(1), and 10(b), 12(b)(1), 12(b)(6), and 17(b)(3)**

Defendants Virginia Military Institute ("VMI") and VMI Board of Visitors ("Board of Visitors") (collectively, "Commonwealth Defendants"), by counsel, submit the following Motion to Dismiss pursuant to Federal Rules of Civil Procedure ("Rule") 8(a)(2), 8(d)(1), and 10(b), 12(b)(1), 12(b)(6), and 17(b)(3), in its entirety, the Amended Complaint (ECF No. 4) filed by the plaintiff herein, Onier Oswaldo Vargas, ("Plaintiff").

A memorandum of law in support of this motion is being filed contemporaneously herewith. As explained further in that memorandum:

1. "VMI Board of Visitors" lacks capacity to be sued;
2. The Amended Complaint runs afoul or Rules 8 and 10 as a shotgun pleading;
3. The Commonwealth Defendants are protected from all claims by sovereign immunity; and

4. Plaintiff fails to allege sufficient specific facts to state any of his claims and lacks standing to bring his RICO claim.

Respectfully submitted,

**Commonwealth Defendants**

By counsel:

/s/ *Richard R. Shayegan*
Richard R. Shayegan (VSB No. 80919)
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
202 North 9th Street
Richmond, Virginia 23219
Tel.: (804) 823-6336
Fax: (804) 371-2087
RShayegan@oag.state.va.us
*Counsel for Defendants*

Jay Jones
*Attorney General of Virginia*

Gretchen Nygaard
*Deputy Attorney General*

Jacqueline C. Hedblom
*Trial Section Chief*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 27th day of February 2026, the foregoing COMMONWEALTH DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PER RULES 8(a)(2), 8(d)(1), and 10(b), 12(b)(1), 12(b)(6), and 17(b)(3) was electronically filed with the clerk of court using the CM/ECF system, which provided electronic service to all counsel of record.

/s/ *Richard R. Shayegan*

Richard R. Shayegan (VSB No. 80919)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street Richmond, Virginia 23219
Telephone: (804) 823-6336
Fax: (804) 371-2087
Email: rshayegan@oag.state.va.us
*Counsel for Commonwealth Defendants*