CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/30/2026
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | | |
|---|---|---|
| **ONIER OSWALDO VARGAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 6:25-cv-00100** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **VIRGINIA MILITARY INSTITUTE,** | ) | |
| **VMI BOARD OF VISITORS,** | ) | **By: Michael F. Urbanski** |
| **VMI ALUMNI AGENCIES,** | ) | **Senior United States District Judge** |
| **KEYDET CLUB,** | ) | |
| **VMI FOUNDATION, and** | ) | |
| **VMI ALUMNI ASSOCIATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The defendants' motions to dismiss, ECF No. 19 and 22, are **GRANTED;**
2. The plaintiff is granted leave to file an amended complaint within 30 days; and
3. If an amended complaint is not filed within 30 days, the case will be dismissed without further notice.
4. The plaintiff's motion for preliminary injunction, ECF No. 27, is **DENIED;**
5. The plaintiff's motion to compel, ECF No. 40, is **DENIED.**

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

It is so **ORDERED.**

Entered: September 30, 2026

Michael F. Urbanski
Senior United States District Judge